**Ignacio M. ALVARADO, Appellant,**

v.

**STATE of Alaska, Appellee.**

**No. 5133.**

Supreme Court of Alaska.

April 17, 1981.

**3.** *See* Berger, *Court Awarded Attorneys' Fees: What is "Reasonable"?*, 126 U.Pa.L.Rev. 281, 285 and cases cited at 285 n.17 (1977).

Paul J. Nangle, Nangle, Clark & Mimms, Philip P. Weidner, Drathman & Weidner, Anchorage, for appellant.

James V. Gould, Asst. Dist. Atty., Larry R. Weeks, Dist. Atty., Anchorage, Wilson L. Condon, Atty. Gen., Juneau, for appellee.

Before RABINOWITZ, C. J., CONNOR, BURKE and MATTHEWS, JJ., and DIMOND, Senior Justice.

## OPINION

PER CURIAM.

Ignacio M. Alvarado was convicted of two counts of lewd and lascivious acts toward a child, committed in violation of former AS 11.15.134.[1] He was sentenced to concurrent eight year terms, with three years suspended. In this appeal Alvarado claims that his sentence is excessive.

We are not convinced that the superior court was clearly mistaken. *McClain v. State*, 519 P.2d 811 (Alaska 1974). Accordingly, Alvarado's sentence is AFFIRMED.

RABINOWITZ, C. J., joined by DIMOND, Senior Justice, dissents.

COMPTON, J., not participating.

RABINOWITZ, Chief Justice, dissenting, joined by DIMOND, Senior Justice.

I am of the view that the superior court was clearly mistaken in imposing concurrent eight-year terms of imprisonment, with three years suspended. Given the circumstances that these were Alvarado's first convictions (he did have a seventeen-year-old OMVI conviction as well as a two-year-old OMVI conviction), and that he is forty-eight years of age, is hard working and has a solid employment history, I have concluded that the sentences were excessive.

Admittedly, Alvarado's conduct is serious. Given the ages of the children, the potential harmful consequences of such conduct to the children involved, and the need to protect society from such anti-social conduct, a significant period of incarceration is warranted. On the other hand, in light of the absence of any serious prior record, and the positive elements in Alvarado's background, I am of the view that Alvarado's concurrent sentences should not exceed five years' incarceration with two years thereof suspended.

---

1. Alvarado, a 48-year-old man, invited two female children, ages 11 and 12, to spend the night with him at a motel. During their stay he showed them pornographic materials, fondled the bare breasts of both children, engaged in an act of cunnilingus with one and had her sit on his pelvic region until he ejaculated, while the other child watched. While no force was involved, and the children were apparently willing to participate, the serious nature of Alvarado's conduct is obvious.